UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| ANTHONY L. SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:24-cv-00235-RLY-CSW |
| ) | |
| JOHN DOE #1, ) | |
| JOHN DOE #2, and ) | |
| UNITED CARING SERVICES, ) | |
| ) | |
| Defendants. ) | |

# FINAL JUDGMENT

Consistent with the court's Entry issued this date dismissing this action for failure to state a claim, the court enters final judgment in favor of Defendants and against Plaintiff.

**IT IS SO ORDERED** this 14th day of January 2025.

Kristine L. Seufert, Clerk

BY: _Tina M. Doyle_
Deputy Clerk, U.S. District Court

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Mail to:

Anthony L. Smith
324 NW 6th St.
Evansville, IN 47708